27 So.2d 507

### Ex parte McDANAL.
### 6 Div. 474.

Supreme Court of Alabama.
Oct. 10, 1946.

M. B. Grace, R. J. Hagood, and W. T. Edwards, all of Birmingham, for petitioner.

Jackson, Rives & Pettus, of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of Betty McDanal for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Ex parte McDanal, 27 So.2d 504.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.